IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OMAR JAMALADDIN** **ZAYNA JAMALADDIN,** **Plaintiffs,** v. **SANTANDER CONSUMER USA,** **Defendant.** | **CIVIL ACTION** **NO. 25-1811** |

**O R D E R**

**AND NOW**, this 28th day of July, 2025, upon consideration of Defendant's Motion to Dismiss the Third Amended Complaint (ECF No. 15), and Plaintiffs' Response in Opposition thereto (ECF No. 25) **IT IS HEREBY ORDERED** that Plaintiffs' claim for a declaratory judgment as pleaded in Count I of the Third Amended Complaint (ECF No. 13) is **DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT-MATTER JURISDICTION**. It is **FURTHER ORDERED** that Plaintiffs' state law claims as pleaded in Counts II and III of the Third Amended Complaint (ECF No. 13) are **DISMISSED WITHOUT PREJUDICE**.

                                                          BY THE COURT:

                                                          S/ WENDY BEETLESTONE
                                                          _____
                                                          **WENDY BEETLESTONE, J.**